# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FAROUK SYSTEMS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 4:15-cv-00465 |
| | ) |
| AG GLOBAL PRODUCTS, LLC d/b/a/ | ) |
| FHI HEAT, LLC and SHAUKY | ) |
| GULAMANI, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

Defendants AG Global Products, LLC ("AG Global") and Shauky Gulamani ("Gulamani") file this Appendix of Supporting Evidence in support of their First Motion for Summary Judgment, against Plaintiff Farouk Systems, Inc. ("Plaintiff").

---

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# TABLE OF CONTENTS

**Exhibit A** – Declaration of Jason Dodo

**Exhibit B** – Declaration of Bruce Isaacson

1. Exhibit 1 – Curricula Vitae
2. Exhibit 2 – Expert Report

**Exhibit C** – Declaration of Matthew Seror

1. Exhibit 1 – Plaintiff's responses to Defendants' First Set of Interrogatories
2. Exhibit 2 – Plaintiff's responses to Defendants' First Set of Document Requests
3. Exhibit 3 – Plaintiff's copyright registration certificates
4. Exhibit 4 – Expert Report of Michael J. Barone
5. Exhibit 5 – Excerpts from the Certified Copy of the Deposition Transcript of Mr. Gulamani
6. Exhibit 6 – The first ten pages of the image search results generated by a Google search performed on February 16, 2016.
7. Exhibit 7 – Excerpts from the Certified Copy of the Deposition Transcript of Ms. Aladanay
8. Exhibit 8 – Excerpts from the Certified Copy of the Deposition Transcript of Ms. Allison
9. Exhibit 9 – Excerpts from the Certified Copy of the Deposition Transcript of Mr. Feldshon

**Exhibit D** – Request for Judicial Notice

1. Exhibit 1 -- Second Amended Complaint (and Exhibits C and D thereto) filed by Plaintiff Farouk Systems, Inc. on October 20, 2008 in the matter captioned as: *Farouk Systems, Inc. v. FHI Heat, Inc*., and bearing case No. 4:07-cv-02333.

DATED:  February 17, 2016

          **BUCHALTER NEMER**
          A Professional Corporation

          **By:**
          _____/s/_____
          ROBERT S. ADDISON, JR.
          State Bar No. 00793232
          S.D. Texas Bar No. 2589959
          1000 Wilshire Boulevard, Suite 1500
          Los Angeles, CA  90017-2457
          Telephone: (213) 891-0700
          Fax: (213) 896-0400
          Email:  raddison@buchalter.com

          Attorneys for Defendants
          AG GLOBAL PRODUCTS, LLC and
          SHAUKY GULAMANI

**OF COUNSEL**

MARK J. LEVINE
State Bar No. 00791102
S.D. Bar No. 20021
Weycer, Kaplan, Pulaski & Zuber, A P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 961-9045
Fax: (713) 961-5341
Email: mlevine@wkpz.com

---

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record electronically through the Court's CM/ECF Filing system and by overnight mail delivery on this 17th day of February, 2016.

                                    */s/ Robert S Addison, Jr.*
                                    Robert S. Addison, Jr.